# Amended EXHIBIT 9

**Amended Declaration of John Libby**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, an unincorporated association, | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | No. 10-cv-05431 |
| PRATE INSTALLATIONS, INC., an Illinois corporation, | ) ) ) ) | Judge Amy St. Eve |
| | ) | Mag. Judge Soat Brown |
| Defendant/Counter-Plaintiff. | ) | |

## DECLARATION OF JOHN LIBBY

Pursuant to 28 U.S.C. 1746, I, John Libby, do declare under the penalty of perjury that the following are true and correct to the best of my knowledge:

1. I am employed by the Chicago Regional Council of Carpenters Pension and Welfare Funds as the Manager of Audits and Collections. I am responsible for overseeing the audits conducted of signatory employers' books and records and their monthly contributions which are submitted on behalf of their carpenter employees.

2. I have personal knowledge of the facts contained in this Declaration and if called upon to testify I would do so in accord with the facts contained in this Declaration.

3. Employers which are parties to collective bargaining agreements with the Chicago Regional Council of Carpenters ("Union") are required to submit to the Pension and Welfare Funds a report each month which contains the names of its carpenters employees, the number of hours of work performed by its carpenter employees and the contribution based upon the number of hours worked multiplied by the contribution rate.

4. I have reviewed the history of contribution reports submitted by Prate Installations, Inc. The company did not submit reports and contributions for the months of October 1, 2008 through September 2010.

Declared this the day of 6th day of March, 2012

*John Libby* (signature)
John Libby

Prepared by:
/s/ Terrance B. McGann
Terrance B. McGann, one of the attorneys for the
Plaintiff/Counter Defendant Chicago Regional Council of Carpenters